PRISONER CASE

CH

(CAT 3)

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** RAYMOND SETZKE

**Defendant(s):** LARRY NORRIS, etc., et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Raymond Setzke
#119843
P.O. Box 180
Brickeys, AR 72320

**Defendant's Attorney:**

F I L E D

MAY 2 9 2008
May 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis
of Jurisdiction:**   ☐ 1. U.S. Government Plaintiff   ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant   ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

08CV3094
JUDGE ST.EVE
MAG.JUDGE COLE

**Origin:**   ☑ 1. Original Proceeding   ☐ 5. Transferred From Other District

☐ 2. Removed From State Court   ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court   ☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**   ☐ Yes   ☑ No

**Signature:** *a. E. Woodham*   **Date:** 05/27/2008