08CV3094
JUDGE ST.EVE
MAG.JUDGE COLE

**FILED**
MAY 27 2008
MAY 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 240 (Rev. 10/03)

UNITED STATES DISTRICT COURT

__Western__ District of __Arkansas__

US DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 14 2007
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

RECEIVED
WD/AR
OCT 23 2007

Plaintiff __Setzke__

V.

U.S. CLERK'S OFFICE

Defendant __Norris et al__

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: __07-5186__

I, __Raymond Setzke__, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Benton Co. Jail__
   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __May 2007  $240 00__

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☒ Yes    ☐ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.
__From Nov 06 to May 07 made $2400 00, was not incarcerated at the time, now I am__

E102-129

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Rochelle Erickson  Daughter
   Shakon  ~~~~~  Allen Ex-wife

I declare under penalty of perjury that the above information is true and correct.

10-11-07                    Raymond Little
   Date                      Signature of Applicant

Dear Court Clerk,                                5-16-08

Could you Please Send me an Illinois Informa Pauperus, and an Appointment of Cousel Application. Could you Please Inquire as to Peovisionally file my Complaint until I Get the In forma Pauperus Back to you. I Am Indigent However, a check with the District Court in Arkansas (Western) Case 07-5186 my Informas Information is exactly the Same and hasn't changed It Is In the Court File I'm Sending (Sitzks v Norris)

Also - Could you Please Send me Contact Information of All District Courts In Central United States, I will be Filing Smaller Claims In Every State and Jurisdictional District.

Thank you

Raymond Sitzka # 119843
Box 180
Brickeys, Ar
72320-180