FILED
MAY 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

District Court Judge or Magistrate,    5-16-08

Enclosed Is my Complaint for the ~~Eastern~~ Northern District of Illinois Where Claims Occurred Due to the Actions of the State Of Arkansas. I Am Persueing Claims Seperately In each Different Jurisdiction. It Is Also my Intention to persue In this Near future Before the Statute of Limitations Runs out - Claims In every State for every Jurisdictional District Against Arkansas Due to Wired Information on the ACIC, NCIC That Does Not Apply for the Plaintiff to Register, And Broadcasting Over the Internet Nationally - Then Internationally. The Inter-Net Is World Wide. You Also may Inquire on the Lexis As to Ark Law of Acts 97 ACA 12-12-901 thru 12-12-920. Retroactivity Cannot be used When enacting A Law to enclude Into A Conviction, An enhancement 28 years previous to the enactment. I have Also encluded the Other Complaints for you to Read First.

Please Note - I have Been Granted Parole Again on my P.V. Violation. However, The State Of Arkansas Seems to be Sitting On my Paperwork At the Interstate Compact Due to they Just Got Served by the Marshalls hopefully IL Be Back home In Illinois soon. Note the Date, I Put A Submittle for the transfer 45 Days Ago.

I Also Am Requesting the Court to Provisionally file my Complaint Since I Am Indigent And Send me the Proper (Informa Pauperus) for the Illinois District, And An Appointment of Counsel Application this Is Very Complicated
I Need help!!

Thank You
Raymond [signature]
Box 180
Brickeys, Ak. 72320-180



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

*Prisoner Correspondence

Date: 5-14-08

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service to the opposing party(s) are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed.R.Civ.P. 5.

☒ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed.R.Civ.P. 10(e).

☐ Pursuant to *Antonelli v. Sheahan*, 81 F. 3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also, Jones v. Sheahan*, 2002 WL 959814 (N.D. IL.).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, in all cases filed in this court.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filings fees.

☐ Status request: As of this date the Court has taken no action on the requested case. When an order is entered, your will promptly be notified by mail.

☐ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. See Fed.R.Civ.P. 5.

☒ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

*The Prisoner Correspondence Office is the part of the Clerk's Office which processes all mail from inmates.
**Continued on reverse side**

☐ Contact: Attorney Registration and Disciplinary Commission of the Illinois Supreme Court (ARDC)
    One Prudential Plaza
    130 E. Randolph Drive
    Chicago IL 606901

☐ Contact: Clerk of the Circuit Court of Cook County
    Richard J. Daley Center
    Chicago IL 60601

☐ For copies of collected bound reported court opinions, contact:
    Sale Department, West Publishing
    P.O. Box 3526
    St. Paul MN 55165

☐ Local Rule 5.1 requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the **Western Division**. Send all requests and documents related to this case to the Western Division at:
    U.S. District Court for the Northern District of Illinois
    211 South Court St. - Room 252
    Rockford IL 61101

☐ For a copy of Local Rules for U.S. District Court, Northern District of Illinois, the fee is $10.50 payable to Clerk, U.S. District Court. Send the fee and your request to:
    Clerk, U.S. District Court
    Attn: Cashier
    219 S. Dearborn - 20th floor
    Chicago IL 60604

☐ For a copy of the Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures, contact:
    Superintendent of Documents
    U.S. Government Printing Office
    Washington D.C. 20402

☐ Pursuant to Local Rule 5.6, no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

☐ We cannot comply with your request to backdate stamp your documents. Received stamped copies for return to you must be received at the time of filing. Accordingly, your documents are being returned to you.

☐ You filed your case under your alias and not the name under which you are incarcerated. Your mail at the institution must be addressed to you under your institutional name. Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

In the United States District Court ~~Eastern~~ Northern District of Illinois

**RETURNED**

MAY 14 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Court Clerk,

5-2-08

My Name Is Raymond Setzke, And I Am Currently In the Arkansas Dept. of Corrections. Presently I Am In An Action In The United States District Court Western District of Arkansas. With Magistrate James Marschewski, and Chief Jim Larry Hendren Presiding In Case Setzke v. Norris, ACIC, Dcc Case # 07-5196. I Currently have An Action Against these State entities. However, Before being Incarcerated In Arkansas I Lived In Warrenville Illinois, Dupage Co. There more Damages Occurred Due to the Above entities Along with Warrenville Police, And Dept. Child, Family, Services In Glenn Ellen Illinois. It Is my Intention to Bring My Arkansas Defendants to the Eastern District of Illinois to Continue my Actions Due to their Negligance, and Where more Violation of Rights Occurred Due to the Negligance of the State of Arkansas, I Am Actually Extending my Arkansas Action to Illinois, I Am Not Sure If I Need to File A New 1983 form, Or use the Same Information on File At the Western District of Arkansas And Amend the Complaint to Add Warrenville Police, And DCFS What Would be Appropriate For the Clerk? Please Send me What I Need, And I'm Requesting you Keep this Letter on File And Send me A Copy.

Thank you.

Raymond Setzke # 119843
Box 180
Brickeys, Ar. 72320-180