In the United States District Court, Northern District of Illinois

Setzke
Rochelle Erickson              v.

Norris, ACTC, NCTC,

FILED
JUN 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case # 08C-3094
Judge: Amy St. Eve
Judge: Cole

## Motion for Appointment of Counsel

1. The Plaintiff states he has no access to Illinois Law here at this facility.

2. That issues of Jurisdiction, Former Laws, Arkansas Law, and the complex issues regarding the Plaintiffs Daughter need complete diligence when regarding a child.

3. That the Plaintiff lacks this type of Knowledge, and lacks financial funding to pay attorneys fees.

4. That the Plaintiff lacks the emotional stability due to his Daughter being envolved, and being able to make the proper choices, in this case.

5. That to protect the rights of the Plaintiff, and his Daughter an attorney should be appointed to us.

Wherefore- Since the Plaintiff is indigent he request this Court to grant whatever is proper under the Constitution, and grant the Plaintiffs counsel.

5-31-08                    Respectfully Submitted