In the United States District Court Northern District of Illinois

Setzke
Rochelle Erickson

v.

Norris, ACIC, NCIC.

FILED
JUN 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case # 08C-3094
Judge: Amy St. Eve
Judge: Cole

## Motion Requesting to use electronic Mailing by the District Clerk

1. The Plaintiff States- the Arkansas Dept. of Corrections is a very Inadequate entity to Depend on for Legal Supplies envelopes, paper ect.

2. That envelopes (manila) are Given Out 2 Per every 2wks and 20 Pieces of Paper.

3. That the Plaintiffs Could Not Possibly have Paper, and envelopes for all Defendants Responses, and Pleadings.

4. That Due to the Circumstances- the Plaintiff Request from this Court to have the District Clerk mail all his Pleadings for him to the Defendants electronically.

5. That this is a More effective Way to mail Documents Without them being lost, or Delay.

Wherefore- the Plaintiff Prays this Court Grant his motion, and Whatever is Proper under the Constitution

6-1-08                              Respectfully Submitted

[signature]

## Certificate of Service

I Raymond Setzke swear under penalty of Perjury that I served a copy of the attached document on 6-1-08 to the District Clerk 219 S. Dearborn St. Chicago Illinois 60604 by placing it in the mail at the E.A.R.U. Correctional Center on 6-1-08