IN the United States District Court Western District of Arkansas

Setzke

FILED
JUN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IS JUN 10 2008

V.

Norris, ACIC, NCIC

08C3094

Case # 07-5186
Judge: Hendren
Magistrate: Marschewski

Motion to Change Venue to the Northern District of Illinois

1. The Plaintiff Asserts - In Reference to General Rule of Statute 28 USC § 1391 under Section 1391 (B) Venue is Proper in Civil Rights Action in;

   (2) A Judicial District Which A Substantial Part of events or omissions giving rise to the Claim Occured

   (3) A Judicial District In Which Any Defendant may be found.

2. The Plaintiff Asserts Inter-Alia In that the State of Illinois, Venue is Proper, And motions to Adjoin his Arkansas Case In the Northern District of Illinois Where Claims Occured, and Defendants Can be found.

3. Further - this Case Is About Illinois Jurisdiction on Law In 1981 on the Plaintiffs Illinois Conviction.

4. That this Conviction has No Requirements to Accomidate Arkansas Law, or Does It Fall Within Any en-Actment Dates. Attached Is the Plaintiffs Motion to the Northern District of Illinois Case # 08C-3094 Exhibit (A)(B)(C)

5. That the State of Arkansas Has Placed burden on the State of Illinois And It's entities, and the Plaintiff, And Committed Crimes Against All the Above.

6. That Venue Is Proper In the Northern District of Illinois.

Wherefore, the Plaintiff Prays this Court Grant his Motion, And Grant His Case Transfered to the Northern District of Illinois, And Grant Whatever Proper Under the Constitution, for Justice, and the Preservation of Rights

6-4-08                                    Respectfully Submitted

Certificate of Service

I Raymond Setzke have mailed the foregoing, And Copies to the District Clerk for electronic mailing, And to the Northern District of Illinois by U.S. Mail on 6-4-08

