AC

In the United States District Court Northern District of Illinois

**FILED** [15]

6-10-08
JUN 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Setzke
Rochelle Erickson

V.

Norris, ACIC, NCIC

Case # (08C-3094)
Judges; Amy St. Eve
Magistrate; Cole

## Motion to AdJoin Cases In the Jurisdiction of Illinois

1. The Plaintiff Asserts - In Reference to General Rule of Statute 28 USC § 1391 under Section 1391(B) Venue Is proper In Civil Rights Action In',

   (2) A Judicial District Which A Substainstial part of events or omissions giving rise to the Claim Occured

   (3) A Judicial district In which any defendant may be found.

2. The Plaintiff asserts Inter-Alia In that the State of Illinois Is Proper For the District of Venue, And request this Court to AdJoin His United States District Court Western District of Arkansas, With the United States District Court Northern District of Illinois, In the Northern District of Illinois.

3. That Both Cases should be Ruled on In Illinois Since the State of Arkansas has Compremised An Illinois Conviction Which they have No Jurisdiction or Authorita to Do So. The State of Arkansas, and It's entities have Committed A Federal Crimes. (Attached Is the Plaintiffs Motion to the Western District of Arkansas) Case # 07-5186 Exhibit (A)(B)

4. That this Illinois Conviction Is under Illinois Law and the Jurisdiction of the State of Illinois.

5. That this Conviction has no Requirements to Accomidate the Arkansas Law, or does It fall within an en-actment date.

6. That Due to the State of Arkansas, they have placed burden upon the State of Illinois, And It's entities making them liable for the State of Arkansas Action's, the State of Arkansas Showed no Regaurd for the State of Illinois, or the Constitution.

7. That this Is An On Going practice of the State of Arkansas to Weasel Federal Funding out of the Federal Gov. for their Registry At the expense of other States Scrimping And Saving.

8. That this Case Celes for Justice for the Plaintiff, And the State of Illinois, And the United States, And the Constitution.

9. That this Is finally the first step In making the State of Arkansas Comply with the Constitution, And Stop Oppressing Its People.

10. That Claims Occured In this District, And Defendants may be found In this District, And that the Plaintiff And His Family Is Residence of this District of Dupage Co. Illinois.

Wherefore- The Plaintiff Prays this Court Adjoins the Arkansas Case # 07-5186 with the Illinois Case #08C-3094 So Justice Will better be Served where Defendants, Reside, And Claims Occured, and All Deal with the Same Illinois Conviction,

And to Grant Whatever the Constitution Allows for Justice
And the Preservation of Rights.

Respectfully Submitted

6-4-08

Certificate of Service

I Raymond Setzke, Swear under penalty 18 USC § 1621 that I
Served the Attached document to the District Court Clerk,
the Arkansas Attorney General, and Rainwater, Holt, and Sexton
P.O. Box 17250 Little Rock, Ar. 72221, the NCIC, And ACIC, And
Dcc. Pine Bluff, ar. by Placing In the U.S. mail Box at EARU.
On- 6-4-08