# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | AMY J. ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3094 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Raymond Setzke (#119843) vs. Larry Norris, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for the Clerk to use electronic mailing [#7] is denied. The court has neither the funding nor the staff to make copies for Plaintiff. As electronic filing is not available to inmates at this time, Plaintiff must provide the court with the original plus a judge's copy of every document filed (and, with regard to the amended complaint, a sufficient number of copies for service on each named Defendant). Plaintiff, like any other litigant, must balance the costs of suit with his likelihood of success. Plaintiff's motion for appointment of counsel [#6] is likewise denied. Plaintiff has failed to show either that he has made reasonable efforts to retain private counsel or that he has been effectively precluded from making such efforts. *See Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004), *citing Jackson v. County of McLean*, 953 F.2d 1070, 1072-73 (7th Cir. 1992). In any event, counsel is unnecessary to draft an amended complaint; the plaintiff need only set forth the basic, relevant facts. No legal citations are required or even encouraged.

■ [**Notices mailed by judicial staff.**]

mjm