10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 1 8 2008
6-18-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Raymond Setzke
Plaintiff

v.

Larry Norris
Defendant(s)

CASE NUMBER 08-CU-03094

JUDGE Amy St. Eve

Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Raymond Setzke, declare that I am the ☒plaintiff □petitioner □movant (other_____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or □ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   □No   (If "No," go to Question 2)
   I.D. # 119843   Name of prison or jail: EARU
   Do you receive any payment from the institution? □Yes ☒No  Monthly amount:_____

2. Are you currently employed?   □Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?   □Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                                □Yes   ☒No
      Amount_____   Received by_____

b.　　☐ Business, ☐ profession or ☐ other self-employment　　☐Yes　　☒No
Amount_____Received by_____

c.　　☐ Rent payments, ☐ interest or ☐ dividends　　☐Yes　　☒No
Amount_____Received by_____

d.　　☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
　　☐Yes　　☒No
Amount_____Received by_____

e.　　☒ Gifts or ☐ inheritances　　☒Yes　　☐No
Amount $110_____Received by Sharon Allen

f.　　☐Any other sources (state source:_____)　　☐Yes　　☒No
Amount_____Received by_____

4.　Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?　　☐Yes　　☒No　　Total amount:_____
In whose name held:_____Relationship to you:_____

5.　Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?　　☐Yes　　☒No
Property:_____Current Value:_____
In whose name held:_____Relationship to you:_____

6.　Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?　　☐Yes　　☒No
Address of property:_____
Type of property:_____Current value:_____
In whose name held:_____Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.　Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
　　☐Yes　　☒No
Property:_____
Current value:_____
In whose name held:_____Relationship to you:_____

8.　List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
Sharon Allen, Rochelle Erickson x-wife and Daughter, I give what I can

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6-12-08

_____
Signature of Applicant

Raymond Dedke
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____        _____
DATE                           SIGNATURE OF AUTHORIZED OFFICER

                               _____
                               (Print name)

rev. 10/10/2007

15-34

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

Plaintiff: Raymond Setzke         ADC NUMBER: 119843

Total Deposits for preceding six (6) months    $ 110.00
Multiply by 20%

Initial Partial Filing fee                      $ 22.65

Current Trust Account Balance                   $ 0

AUTHORIZATION: EAU

Unit Location: _____   Agency Official: [signature] _____ 5/28/08
                                                   Date of Approval

*********************************************************

In the United States Court of Northern District Illinois

Raymond Setzke                                  Plaintiff

V.                        Case No: 08-CV-03094

Larry Morris, DCFS                              Defendant
Warrenville Police
Johnson School

### ORDER SETTING INITIAL PARTIAL FILING FEE

Now on this day is presented the pleading of the plaintiff, and the Court, having determined that the plaintiff is not indigent. The Court now, in accordance with Act 65 of 2005, hereby fined, that the plaintiff is required to pay the statutory filing fee of $140 for bringing this action. The court assesses and set an initial partial filing fee of $_____.

Upon receipt of payment of the above set initial partial filing fee, the Clerk of the Court is authorized and directed to receive for filing plaintiff's pleading.

After payment of the initial partial filing fee, plaintiff will be obligated to pay the balance of the statutory filing of $140 by making payment of all funds, credited to plaintiff's prison trust account each time the amount in the trust account exceeds $10 until the statutory filing fee of $140 is paid in full.

The director of the Arkansas Department of Correction or his designee shall collect plaintiff's funds as directed herein and forward the same to the Clerk of this Court until said statutory filing fee is paid in full.

The Clerk is directed to send an executed copy of this order to the Administrative officer of record of the Arkansas Department of Correction and Unit Location of the Plaintiff as noted herein above.

It is so ordered this _____ day of _____, 200_.

Judge: _____

## CERTIFICATE

I hereby certify that the Petitioner herein, __Raymond Setzke__, has the sum of $__0__ on account to his credit at the __EARU__ unit where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____
Authorized Officer of Institution

## CERTIFICATE OF SERVICE

This is to certify that on this __12__ day of __June__, 200__8__, a copy of the foregoing motion was mailed to the ~~Prosecuting Attorney for~~ United States District Court Northern District Illinois ~~County, Arkansas~~ by United States mail, postage prepaid.

_____
DEFENDANT
ADC # __119843__