AC

United States District Court

Northern District of Illinois

Eastern Division

Raymond Setzke                                                    Plaintiff

V.                          **RECEIVED**                   CASE #08-CV-03094

                              JUN 18 2008 new
Larry Norris. DCFS              6-18-2008                    Defendants
Warrenville Police          MICHAEL W. DOBBINS
                          CLERK, U.S. DISTRICT COURT
Johnson School                                          Judge; Amy St. eve

Amended Complaint

The Plaintiff Asserts Inter. Alia In that the Arkansas Dept. of Corrections Larry Norris. Failed to Correct their Application of ACA 12-12-901 thru ACA 12-12-920 Acts 97, on the Plaintiffs 1981 Illinois Conviction- that not only Does Not fall With-In their Laws- but It Lacks Jurisdiction, and a Requirement to Do So on the 1981 Committment Order. It Also Breached the Plea Agreement the Plaintiff had With the Dupage Co. Courts, and the State of Illinois In 1981. That by Not Correcting this elegal Application- A Continual Violation of the Plaintiffs 5th Amendment Rights to Due Process Burdens his Life, and Liberty And In March, or April 2006 the Plaintiff Suffered Public Notification, the Measuring from his house to the School across the Street, and the Removal of his Daughter from his home by Warrenville Police, Dept. of Children, and Family Services, and the Johnson School, All Knew this Was About And Illinois Charge In 1981, and the State of Arkansas had the Plaintiff Registered elegaly yet Still Went thru the Process of treating the Plaintiff As a Registered Sex Offender With All Restrictions this Law Carrys. this Also Placed the Plaintiff And his Family At Risk of harm- that Neither Norris, or Any of the Illinois entities tried to Correct the matter by Notifieing the People Authorities of the elegal Application Burdening the Plaintiff In Bad Faith. All Entities have a Duty to Do So once having Knowledge, But Failed to.

Respectfully Submitted

6-12-08                          Raymond Setzke