UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Raymond Setzke
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.    Case No: 08-CV-03094
(To be supplied by the Clerk of this Court)

Larry Norris
ACIC, Dept. Com. Corrections Leanne Baker, Mark Brenthal
Warrenville, Police Dept. Melvin, unknown Sgt., Police Chief
_____ Charels Pruitt, Paula Stitz
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:    SECOND    AMENDED COMPLAINT

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___    OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I.  **Plaintiff(s):**

   A.  Name: Raymond Setzke

   B.  List all aliases: _____

   C.  Prisoner identification number: # 119843

   D.  Place of present confinement: Eastern, Ark. Regional Unit

   E.  Address: Box 180, Brickeys AR 72320-180

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: Larry Norris

       Title: Director Ark Dept. of Corr.

       Place of Employment: ADC Box 8707, Pine Bluff AR.

   B.  Defendant: Charels Pruitt

       Title: Director ACIC

       Place of Employment: Ark. Crime Inf. Center, Little Rock Ar.

   C.  Defendant: Paula Stitz

       Title: Manager Sex Offender Registry

       Place of Employment: Ark. Crime Inf Center, Little Rock AR.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Defendants cont.

Officer Melvin
Officer Warrenville Police
Warrenville Police, Batavia Rd. Warrenville IL. 60555


Unknown Sgt
Sgt. Warrenville Police
Warrenville Police, Batavia Rd. Warrenville IL. 60555


Unknown Police Chief
Chief of Police
Warrenville Police, Batavia Rd. Warrenville IL. 60555

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Setzke v. Norris #07-5186

B. Approximate date of filing lawsuit: Nov 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Raymond Setzke

D. List all defendants: Larry Norris, Warden Maples, Leanna Baker, Mark Brewthal, Chasels Pruitt, Paula Stitz,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Western District of Arkansas

F. Name of judge to whom case was assigned: Jim Larry Hendren

G. Basic claim made: Due Process

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending Requesting to Join In Northern District of Illinois with case #08-03094

I. Approximate date of disposition: None yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. Statement of Claim:

The Plaintiff Asserts that In 1981 In Dupage Co. Illinois- He Plead Guilty to A Charge Not Classified A Sex Offense, An Agreement Was made.

On 12-13-04 the Plaintiff Is forced on his Release to Sign Papers to Register As A Sex Offender Due to this Illinois Charge In Which the State of Arkansas, and Its entities Lacked Jurisdiction over. That During the Plea In 1981, the Judgement Required No Registery, In that Illinois Law In 1981, the Charge Was Not Classified A Sex Offense. That by Doing this Did Violate the the Plaintiffs Due Process Rights Protected by the 1st 5th, 6th And 14th Amendments of the Constitution of the United States. The State of Arkansas, and It's entities Deliberately, And InDifferently Breached the Plaintiffs 1981 Plea Agreement made With the Dupage Co. Courts, And the State Of Illinois. Stating on the Judgement 4 yrs. Doc. Sentence Was Discharged Jan. 1985

During the end of march or beginning of April, 2006. Further The State of Arkansas And It's entities Place Burden on the Plaintiff, And the Plaintiffs Illinois Conviction from 1981 Placing the Plaintiff on the National Registery, And the Arkansas Crime Information Center Registery This Was the Direct Cause of Warrenville Police (Officer Melvin) And Child, Family, Services to take the Plaintiffs Daughter from him At Johnson School Warrenville Illinois. This Caused embarrassment, Police measured from the School to the Plaintiffs house, Surrounded the house With Guns And Informed the Plaintiffs Neighbors- He Was A Registered Sex Offender Officer Melvin of Warrenville Police Spoke With ACIC trying to Confirm A Warrant for the Plaintiff, to No-Avail, He Spoke With the Plaintiffs Parole officer In Arkansas. All entities Confirmed the Plaintiff A Registered Sex Offender, Knowing the Plaintiffs Plea Agreement And Conviction In 1981 Barred Him from Having to Register. All of the Above Had Knowledge of the Plaintiff And the Charge In 1981 yet Continued to Violate the Plaintiff's Rights Deliberately And InDifferently

That the Plaintiffs Plea Agreement was Breached, and they failed to Correct what he had Knowledge of, and Persued the Plaintiff as a Registered Sex Offender.

The Plaintiff Asserts Inter-Alia In that the Above Violations Began when the State of Arkansas, and Its entities Place Burden upon the Plaintiffs, and the State of Illinois Plea Agreement of 1981. That Jurisdiction Is A Matter of Law, And Jurisdiction In Both Cases Setzk v. Norris # 07-5186, And Setzke v. Norris # 08-03094 Should be Adjoined by Rule 18. And Merge Into one Case In the Northern District of Illinois Eastern Division Where Jurisdiction of the 1981 Conviction, and Plea Agreement Is. And Venue Is Proper Due to the Above Defendants, And Jurisdiction, of Said Conviction IN Illinois, that has Been Breached.

(Larry Norris)
Is Director of the Arkansas Dept. of Corrections He has Knowledge of everything that Goes On In his Prison. It Is his Job to know. He turns A Blind eye when his Subordinates Committ Fraud, And Breach A Plea Agreement the Plaintiff has with the State of ~~Arkansas~~. And Violate the Plaintiffs Due Process Rights to be Free from Registering Or Twice Burdend For his 1981 Conviction, He fails to Correct And elegal Application of Arkansas's Registry on the Plaintiff that Caused the Plaintiffs Rights to Also be Violated on March, April of 2006 In Warrenville Illinois.

(Charels Pruitt, and Paula Stitz)
Are Head of Arkansas Crime Information Center (ACIC) And the Sex Offender Registry. They know All Laws of Registry In the United States, It Is their Job to Know. They turn A Blind eye to the Committing of Fraud And the Breaching of A Plea Agreement the Plaintiff has With the State of Illinois that Violates the Plaintiffs Due Process Rights to be Free from Registering, Or Twice Burdend For his 1981 Conviction When (Officer Melvin) Contacts them to Confirm Information that Caused the Plaintiffs Rights

to Also be violated on March, April of 2006 In Warrenville Illinois when they failed to Correct the elegal Application of their Registry that violated the Plaintiffs Rights In the Jurisdiction of Warrenville Illinois.

(Leanne Baker, and Mark Berenthal)
Were the Plaintiffs Parole Officers - they know the Laws of the Arkansas Registry, And they Know the Plaintiffs 1981 Charge In Illinois Does Not Fall Within Arkansas Registry Requirements. they fail to Correct the Committal of Fraud, and Assist In the Spreading of Information, And Spreading It Publicly - that Breaches the Plaintiffs Plea Agreement made with the State of Illinois In 1981. this Also Violates to Due Process to be free from Registering, and twice Burdend for the 1981 Conviction When (Officer Melvin) Contacts them on march, April 2006 to Confirm Information that Caused the Plaintiffs to be violated with the elegal Application of Arkansas Registry when they failed to Act on, or Correct this InJustice - In the Jurisdiction of Warren Ville Illinois.

(Officer Melvin)
Is An Officer of the Warrenville Police Dept. In Warrenville Illinois. He Knows the Laws Of Illinois Because It's his Job to Know, and Is trainned to Know. He fails to Act on, And Correct by Refusing to Contact Proper Authorities of the fraudulent Application on the Plaintiffs 1981 Illinois Conviction, He Condones the Spreading of Information that violates the Plaintiffs Due Process Rights to be free from Registering, or twice Burdend for His 1981 Conviction that Officer Melvin Persued the Plaintiff As A Register Sex Offender, Having Knowledge of the Plaintiff, Law, And His Parole Officers and ACIC.

(The Sgt of Warrenville Police that is unknown)

Fails to train, and supervise his subordinates in contacting the Proper Authorities when Arkansas State Agentcies Committ Fraud Against the Plaintiffs 1981 Illinois Charge, He fails to train, and supervise in that the Plaintiffs Rights to Due Process Cannot be violated by Spreading Information when Registry Laws Do Not Apply to the Plaintiff, and cannot be burdend twice for his 1981 Conviction that State Agentcies of Arkansas Breached A Plea Agreement between the Plaintiff, and the State of Illinois.

(Unknown Police Chief)

of Warrenville Police Fails to Adopt Policies in Reporting Fraud when State Agentcies Apply A Sex Offender Registry on the Plaintiff, when Laws Don't Apply to him. He fails to train, and supervise in Proper Procedure, that Caused the Plaintiffs Due Process Rights to be violated and to be Free From Registering, And not to be twice Burdend for his 1981 Illinois Conviction. He fails in taking Corrective Measures When His Subordinates, Violate the Plaintiffs Rights

\* The Plaintiff Will Also File A Bivens If Applicable on NCIC. Plaintiff Also Reserves the Right to Add Claims, or Defendants or Amend His Complaint As We Go Thru Discovery, And for exact Dates

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Request Monetary, Compensary, Punitive, and Fraudulant The Plaintiff Will Itemize At Later Date for Relief

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __17__ day of __June__, 20__08__

_(Signature: Raymond Setzke)_
(Signature of plaintiff or plaintiffs)

__Raymond Setzke__
(Print name)

__#119843__
(I.D. Number)

__Box 180__
__Brickey's AR. 72320-180__
(Address)