Re: Setzke v. Norris
Case # 08-03094
FILED
JUN 2 3 2008 aw
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Prisoner Correspondence,                     6-17-08

    I sent one Amended Complaint back to the District Court Due to what was sent to me 6-6-08, Then — I Recieved Another Communication Dated 6-12-08. This Is In Response to the Communication Dated 6-12-08, And the Amended Complaint I Am Forwarding. Please Disregard the Previous Amended Complaint. However — I Believe the Informa Pauperis Can be used For this Amended Complaint.

    I have sent to the District Court A motion for Appointment of Counsel, And to Adjoin My Arkansas case with the Illinois case under Rule 18. That Venue Should be In the Northern District Due to my 1981 Conviction In Illinois Gives This District Jurisdiction. Please Give to the Judge All motions when Looking At my Complaint.

    Also — If you could Please make Copies Sufficient enough this time only, And send me back one electronic File copy. Arkansas Limits me very little Access to supplies, ect.

    Also — The 66 page Complaint Is my Copy of the Action Pending In Arkansas And was Not to be Confused As my Complaint In This Districts. I Just wanted the Judge to See It because I want to Adjoin cases.

    The Attachments on my First Complaint Should Accompany this Complaint. Those Were my only Copy of those DuPage Co. Commitment Papers From 1981.

    Thank You                              Ray Setzke