FILED
JUN 2 6 2008
6-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAW

Dear Court Clerk,   08C 3094     6-21-08

By Now I hope you have Recieved my Complaint that you Sent to me on 6-12-08 and I Sent back out to you and have disregarded the one page Amended Complaint unless its ok. to Submit both Amended Complaints. Enclosed is the paper Informa Pauperis the Judge Requested, and all Calculation Sheets.

I hope you were able to make Copies of my Second Amended Complaint, and for Defendants, this one time. Arkansas Claims to be a very poor state and they only give me 20 pieces of paper every 2 wks. and if youre indigent it makes it hard. Hopefully I'll be home in Warrenville Illinois very soon in a matter of a few weeks at most and will Notify the Court of my Address change. Thank you.

Respectfully
Raymond Satke #119843
Box 180
Brickeys Ar. 72320-180