**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Raymond Setzke
                    Plaintiff,

v.                                        Case No.: 1:08−cv−03094
                                           Honorable Amy J. St. Eve

Larry Norris, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: By Minute Order of July 2, 2008, the Court granted Plaintiffs motion for leave to proceed in forma pauperis but directed him to submit a third amended complaint (plus a judges copy and service copies) curing various pleading deficiencies. Plaintiff was forewarned that failure to submit a third amended complaint within thirty days would result in summary dismissal of this case. Nevertheless, over thirty days have elapsed and Plaintiff has not responded to the Courts order. Accordingly, the case is terminated pursuant to Fed. R. Civ. P. 41(b). Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.