M/tN

In the United States District Court Northern District of Illinois
Eastern Division

Raymond Setzke

v.

Larry Norris, Et. Al
Warrenville Police
Dept Child Family Services
Hubble School, Johnson School
Derek Dobyns, Mark Bernthal

08cv3094

Case# 08-03094
Judge; Amy St. Eve

FILED
8-26-2008
AUG 2 6 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>Memorandum,</u>

I am in Reciept of the Court Ordered Summary Dismissal (Voluntary Without Prejudice).

I have Worked out With Some of the Defendants, to Give Back Things that belong to me - So I am Choosing to Allow the Summary Dismissal, and Not to Persue at this time.

However, Should any threat of Retaliation of any means Due to this Action that has been dismissed at this time. The Plaintiff Will then Reopen, and Presue his Claims With the Courts Premission.

The Plaintiff Only Request - that this be on Record Should Certain Actions Occur to Prejudice his Life, or Liberty or Property, In the Future.

Respectfully Submitted

[signature]

8-21-08